## JEFFERSON PILOT LIFE INSURANCE CO, Plaintiff,

v.

## SORT RITE INTERNATIONAL INC., et al., Defendants.

Sort Rite International Inc., Defendant—Appellee,

v.

Leticia Elizalde de Pino, Debra Ann Metzger Finch, Katherine Lee Metzger, Defendants—Appellants.

No. 02–41488.

United States Court of Appeals, Fifth Circuit.

Oct. 17, 2003.

Christopher Herbert Boswell, Stapleton, Curtis & Boswell, Harlingen, TX, for Defendant–Appellee.

David H. Melasky, Law Office of David Melasky, Houston, TX, for Defendants–Appellants.

Before REAVLEY, HIGGINBOTHAM and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellants appeal the district court's grant of summary judgment in favor of Appellee in this interpleader action. Having heard oral argument and having reviewed the briefs, the record, and the applicable law, the Court finds no error in the district court's disposition of this case. For substantially the same reasons set forth by the district court in the Order of September 5, 2002, and in the Order and Memorandum of December 16, 2002, summary judgment in favor of Appellee was proper.

Appellee's request that this case be dismissed as moot because of the previous disbursement of funds is DENIED. Finally, Appellants' renewed motion to restore funds previously disbursed from the district court's registry pending this appeal is DISMISSED AS MOOT.

The judgment of the district court is

AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.